UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARL R. BRUCE,

            Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

           Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 6507 (CBA)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 7 2005 ★
TIME A.M. _____ P.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 6, 2005, dismissing the action as time-barred; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the action is dismissed as time-barred.

Dated: Brooklyn, New York
       December 07, 2005

                                        /s/
                              ROBERT C. HEINEMANN
                              Clerk of Court